FILED
May 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>ROGER ALLEN SCHEUERMAN, )<br>)<br>   Defendant. ) | Case No. MAG 05-0117 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROGER ALLEN SCHEUERMAN , Case No. MAG 05-0117 DAD , Charge  18 USC § 111 (a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  X Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond $ _____

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X (Other) with pretrial supervision and third party custody by

The Effort until released by the approval of pretrial services. To be released on Monday, May 9, 2005. DAD

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 6, 2005  at  2:15 p.m.  .

                By  /s/ Dale A. Drozd  
                   Dale A. Drozd  
                   United States Magistrate Judge

Original - U.S. Marshal